IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHAZMAN HENDRIX, | : |
| Plaintiff, | : |
| vs. | : Civil Action File No. |
| | : 1:22-cv-00601-TWT |
| THE TOMAL CORPORATION d/b/a Wildcat Striping and Sealing, and JOHN CAMPBELL, | : |
| Defendants. | : |

**ORDER**

This case involves claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201, et seq., based on Plaintiff's alleged unpaid overtime as well as other claims. This matter is before the Court upon the Joint Motion for Approval of Settlement of the Parties ("Joint Motion") for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise. The Court has reviewed the Parties' Joint Motion and the Settlement Agreement. The Court is of the opinion that there is a bona fide dispute over application of the

- 2 -

relevant provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. In light of these legitimate disputes, the Court is of the opinion that the Parties' Settlement Agreement reflects a fair and reasonable resolution of these bona fide disputes. The Court also finds that the hourly rates of counsel and their staff as stated in the Joint Motion are reasonable and customary.

Consequently, the Court ORDERS as follows:

1. The Court GRANTS the Parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement

3. The Settlement Agreement and its terms are incorporated herein. The Court shall retain jurisdiction to enforce the Settlement Agreement as necessary.

SO ORDERED, this __20th__ day of __April__ 2022

_____
Hon. Thomas W. Thrash, Jr.
Senior Judge, United States District Court